# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CORDILLERA GOLF CLUB, LLC[1] dba The Club at Cordillera,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 12-11893 (CSS)<br><br>Hearing Date: July 16, 2012, 10:00 a.m.<br>Objection Date: July 11, 2012<br><br>Related Docket Nos. 69, 77, 78, 95 & 118 |

**SOUTHLIGHT TRUST I'S JOINDER TO OBJECTION OF DEBTOR TO THE MOTION OF CHERYL M. FOLEY, THOMAS WILNER, JANE WILNER, CHARLES JACKSON, MARY JACKSON AND KEVIN B. ALLEN, INDIVIDUALLY AND AS REPRESENTATIVES OF A CERTIFIED CLASS OF MEMBERS, TO TRANSFER VENUE AND RELATED MOTIONS AND JOINDERS BY ALPINE BANK, CPOA AND THE DISTRICT**

Southlight Trust I ("Southlight"), an affiliate of Northlight Financial LLC, is the proposed post-petition lender to the Debtor and Debtor in Possession, Cordillera Golf Club, LLC dba The Club at Cordillera (the "Debtor"). Southlight hereby submits this Joinder (the "Joinder") to the Omnibus Objection of Debtor [D.I. 118] (the "Objection") to the Motion of Cheryl M. Foley, Thomas Wilner, Jane Wilner, Charles Jackson, Mary Jackson and Kevin B. Allen, individually and as Representatives of a Certified Class of Members, to Transfer Venue and Related Motions and Joinders by Alpine Bank, CPOA and the District (collectively, the "Transfer Venue Motion"), and states as follows:

　　　　1.　　　Southlight opposes a transfer of this bankruptcy case. Southlight is located in New York. Southlight has already retained Delaware bankruptcy counsel to represent it in this bankruptcy case. It is more convenient for Southlight, as DIP lender, if the bankruptcy case remains pending in the Delaware bankruptcy court, in the same time zone where its principal

---

[1] The Debtor in this chapter 11 case, and the last four digits of its employer tax identification number, is XX-XXX1317. The corporate headquarters address for the Debtor is 97 Main Street, Suite E202, Edwards, Colorado 81632.

office is located.  Further, it is more convenient for Southlight and its non-bankruptcy counsel in this matter (located in the Midwest) to travel to Delaware for various hearings than to travel to Colorado.  In the end, it will be less expensive for Southlight to participate in the Delaware proceedings, and therefore, the Debtor, since the Debtor will be obligated to reimburse Southlight for its reasonable expenses.

2. The DIP loan documents also contemplate that Southlight may provide "exit" financing to the Debtor.  Although not currently bound to provide such financing, Southlight expects to have significant ongoing negotiations and involvement in the case.  Keeping the case in Delaware will better facilitate Soughlight's participation.

3. Through this Joinder, Southlight joins the Objection and expressly adopts the arguments raised therein.

**WHEREFORE**, based on the arguments set forth in the Objection and those above, Southlight respectfully requests that the Court enter an order (i) denying the Transfer Venue Motion, and (ii) granting Southlight such further relief as it deems just and proper.

Dated: July 11, 2012

        WOMBLE CARLYLE SANDRIDGE & RICE, LLP

        /s/ Ericka F. Johnson
        Matthew P. Ward (Del. Bar No. 4471)
        Ericka F. Johnson (Del. Bar No. 5024)
        222 Delaware Avenue, Suite 1501
        Wilmington, Delaware 19801
        Telephone: (302) 252-4338
        Facsimile: (302) 661-7711

        -and-

        DICKINSON WRIGHT PLLC
        Harlan Robins, Esq.
        15 N. 4th Street
        Columbus, OH 43215
        Telephone: (614) 744-2575
        Facsimile: (248) 433-7274

        -and-

        Kristi A. Katsma, Esq.
        Dickinson Wright PLLC
        500 Woodward Avenue, Suite 4000
        Detroit, MI 48226
        Telephone: (313) 223-3500
        Facsimile: (313) 223-3598
        Email: kkatsma@dickinsonwright.com

        Counsel for Southlight Trust I