UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CORDILLERA GOLF CLUB, LLC1 dba The Club at Cordillera,<br><br>      Debtors. | Chapter 11<br><br>Case No. 12-11893 (CSS) |

**AFFIDAVIT OF SERVICE**

I, Gene Matthews, depose and say that I am employed by Reliable Inc., provided noticing services in the above-captioned case.

On July 11, 2012, at my direction and under my supervision, employees of Reliable caused to be served the following documents by the method indicated on the service list attached hereto as Exhibit A:

| | | |
|---|---|---|
| 07/11/2012 | 121 | Southlight Trust I's Joinder to Objection of Debtor to the Motion of Cheryl M. Foley, Thomas Wilner, Jane Wilner, Charles Jackson, Mary Jackson and Kevin B. Allen, Individually and as Representatives of a Certified Class of Members, to Transfer Venue and Related Motions and Joinders by Alpine Bank, CPOA and the District (related document(s)69, 77, 78, 95, 118) Filed by Northlight Financial, LLC. |

                     X _____
                        **Gene Matthews**

Dated: July 13, 2012
State of Delaware
County of New Castle

Subscribed and sworn to (or affirmed) before me on this 13th day of July 2012, by Gene Matthews, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

                SHANTI M. KATONA
             Attorney at Law - State of Delaware
              Notarial Officer Pursuant to
               29 Del.C. § 4323(a)(3)
             My Commission Has No Expiration

X _____

# EXHIBIT A

**Via First Class Mail**
Walter Carey
1512 Beard Creek Trail
Edwards, CO 81632

**Via First Class Mail**
Mark Kenney
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**Via First Class Mail**
Gregory Werkheiser
Morris Nichols Arsht & Tunnell LLP
1201 N. Market Street, 18th Floor
Wilmington, DE 19801

**Via First Class Mail**
Christopher Celentino
Foley & Lardner LLP
402 West Broadway, Ste. 2100
San Diego, CA 92101

**Via First Class Mail**
Michael Nestor
Young Conaway Stargatt & Taylor LLP
Rodney Square
1000 N. King Street
Wilmington, DE 19801

**Via First Class Mail**
Mark Minuti
Saul Ewing LLP
222 Delaware Avenue, Ste. 1200
Wilmington, DE 19801

**Via First Class Mail**
Russell Munsch
Munsch Hardt Kopf & Harr PC
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX 75201

**Via First Class Mail**
Tobey Daluz
Ballard Spahr LLP
919 North Market Street, 11th Floor
Wilmington, DE 19801

**Via First Class Mail**
Vincent Marriott III
Ballard Spahr LLP
1735 Market Street, 51st Strret
Philadelphia, PA 19103

**Via First Class Mail**
William Bowden
Ashby & Geddes
500 Delaware Avenue, 8th Floor
Wilmington, DE 19801

**Via First Class Mail**
Peter Cal
Sherman & Howard LLC
633 17th Street, Ste. 3000
Denver, CO 80202

**Via Hand Delivery**
Mark Collins
Richards Layton & Finger PA
One Rodney Square
920 North King Street
Wilmington, DE 19801

**Via First Class Mail**
Garry R. Appel
Appel & Lucas PC
1660 17th Street, Ste. 200
Denver, CO 80202